IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CSX TRANSPORTATION, INC., )
)
    Plaintiff, )
)
v. ) No. 04C 2569
)
COMPASS TRANSPORTATION GROUP, )
INC., )
)
    Defendant. )

JUDGE KENNELLY

MAGISTRATE JUDGE NOLAN

## COMPLAINT

Plaintiff, CSX Transportation, Inc. ("CSX"), for its complaint against Defendant, Compass Transportation Group, Inc. ("Compass"), states as follows:

1. CSX is a national interline railroad with its principal place of business at 6735 Southport Drive South, Jacksonville, Florida 32216. CSX operates as an interstate rail carrier subject to the jurisdiction of the U. S. Surface Transportation Board.

2. Compass is an Illinois corporation with its principal place of business at 9001 West 79th Place in Oak Lawn, Illinois 60458.

3. Jurisdiction in this matter is based upon 28 U.S.C. §1337 as a cause of action arising under the Interstate Commerce Act, 49 U.S.C. §§10101, *et seq*.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(a)(2) in that a substantial part of the events or admissions giving rise to the claims here occurred in this district.

5. The subject matter of this action stems from freight charges assessed pursuant to applicable agreements and tariff rates governing the common carriage of freight by interstate rail carrier.

6. CSX moved freight via interstate rail pursuant to the requests of Defendant Compass from September to December, 2003.

7. CSX presented Compass with certified freight bills for each movement and bills for any incidental charges associated with this service, and demanded payment of these bills.

8. Appendix A attached hereto and incorporated herein sets forth the freight bill number, bill date, waybill date, amount billed, balance due, equipment identifier, origin, and destination for each shipment transported for Defendant for which freight charges remain due, outstanding, and unpaid.

9. The total amount of freight charges due and owing by Compass to CSX is presently $88,939.81, together with accrued interest.

10. Despite demand for payment, Compass has failed to make full and complete payment on these freight bills.

WHEREFORE, Plaintiff, CSX Transportation, Inc., demands the following relief under its complaint:

A. A judgment against Defendant, Compass Transportation Group, Inc., in the total amount of $88,939.81 for the freight bills due and owing, plus interest from the date due;

B. Recovery of its costs, including reasonable attorneys' fees if so allowed by law; and

C. Any and all other relief to which it is entitled.

.

Respectfully submitted,

CSX TRANSPORTATION, INC.

By: _____
One of its attorneys

Bruce C. Spitzer
Christopher A. Kreid
METGE, SPITZER & KREID
33 North LaSalle Street, Suite 1133
Chicago, IL 60602
(312) 580-1710

Paul D. Keenan
Kenneth J. Grunfeld
JANSSEN KEENAN & CIARDI P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
(215) 665-8888

Attorneys for Plaintiff

Compass Trans Gp.BALDUE 2-23-04.xls

| FB # | Bill Date | Waybill Date | Amount Billed | Balance Due | Equipment | From | | To | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2987248 | 11/13/03 | 9/13/03 | $1,114.78 | $1,114.78 | VTRZ 623919 | CHICAGO | IL | FAIRLESS | PA | 11463 |
| 2987250 | 11/13/03 | 9/13/03 | $1,114.78 | $1,114.78 | SFTZ 220391 | CHICAGO | IL | FAIRLESS | PA | 11465 |
| 3515153 | 10/23/03 | 10/20/03 | $1,250.00 | $1,250.00 | REAZ 611233 | CHICAGO | IL | NORTH BILLERICA | MA | 11559 |
| 3640835 | 10/30/03 | 10/23/03 | $150.00 | $150.00 | XTRZ 223275 | BOLINGBRO | IL | BEDFORD P | IL | |
| 3640912 | 10/30/03 | 10/6/03 | $1,375.00 | $1,375.00 | SFTZ 222339 | KENOSHA | WI | ORLANDO | FL | 11521 |
| 3640941 | 11/13/03 | 10/14/03 | $1,275.00 | $1,275.00 | TIPZ 620813 | ELGIN | IL | HAUPPAUGE | NY | 11550 |
| 3640960 | 10/30/03 | 10/21/03 | $1,425.00 | $1,425.00 | REAZ 620932 | RIVER GRO | IL | WOODBRIDGE | NJ | 11554 |
| 3640998 | 10/30/03 | 10/21/03 | $1,100.00 | $1,100.00 | VTRZ 222206 | BOLINGBRO | IL | WEST CHES | PA | COMPASS |
| 3733152 | 11/6/03 | 10/17/03 | $1,250.00 | $1,250.00 | CSXU 930433 | VALPARAIS | IN | MILFORD | MA | 11552 |
| 3743423 | 11/6/03 | 10/28/03 | $1,100.00 | $1,100.00 | SFTZ 222218 | RIVERDALE | IL | LINDEN | NJ | 166 |
| 3743477 | 11/13/03 | 10/20/03 | $1,450.00 | $1,450.00 | TIPZ 620620 | ELK GROVE | IL | MIAMI | FL | 11557 |
| 3743483 | 11/6/03 | 10/21/03 | $1,200.00 | $1,200.00 | VRYZ 223215 | CHICAGO | IL | OCALA | FL | 11570 |
| 3828751 | 11/13/03 | 11/9/03 | $1,410.00 | $1,410.00 | CSXU 983549 | JANESVILL | WI | WINTER HA | FL | 11618 |
| 3828853 | 11/13/03 | 11/10/03 | $1,360.00 | $1,360.00 | REAZ 611952 | JANESVILL | WI | MACCLENNY | FL | 11628 |
| 3828880 | 11/13/03 | 11/11/03 | $1,100.00 | $1,100.00 | VTRZ 222040 | GURNEE | IL | FAIRLESS | PA | 11641 |
| 3840061 | 11/13/03 | 11/3/03 | $1,250.00 | $1,250.00 | SFTZ 222477 | BOLINGBRO | IL | STATEN IS | NY | 11609 |
| 3840062 | 11/13/03 | 11/5/03 | $1,325.00 | $1,325.00 | REAZ 614117 | BOLINGBRO | IL | MANHATTAN | NY | 11608 |
| 3840075 | 11/13/03 | 11/10/03 | $1,025.00 | $1,025.00 | SIXU 939878 | CHICAGO | IL | ESSINGTON | PA | 11637 |
| 3929385 | 11/26/03 | 11/3/03 | $1,125.00 | $1,125.00 | CSXU 900372 | BOLINGBRO | IL | WEST CHES | PA | 11611 |
| 3929442 | 11/20/03 | 11/11/03 | $1,383.25 | $1,383.25 | VTRZ 222081 | JANESVILL | WI | WINTER HA | FL | 11630 |
| 3929474 | 11/20/03 | 11/14/03 | $1,300.00 | $1,300.00 | XTRZ 612857 | LOUISIANA | MO | FAIRLESS | PA | 11616 |
| 3929475 | 11/20/03 | 11/15/03 | $1,300.00 | $1,300.00 | REAZ 216820 | LOUISIANA | MO | FAIRLESS | PA | 11645 |
| 3929477 | 11/20/03 | 11/17/03 | $1,300.00 | $1,300.00 | SFTZ 222711 | JANESVILL | WI | MACCLENNY | FL | 11638 |
| 3929535 | 11/20/03 | 11/17/03 | $1,025.00 | $1,025.00 | XTRZ 221792 | SCHAUMBUR | IL | FAIRLESS | PA | 11634 |
| 3929536 | 11/20/03 | 11/17/03 | $1,025.00 | $1,025.00 | CSXU 900389 | SCHAUMBUR | IL | FAIRLESS | PA | 11652 |
| 3929537 | 11/20/03 | 11/17/03 | $1,025.00 | $1,025.00 | CSXU 985033 | SCHAUMBUR | IL | FAIRLESS | PA | 11653 |
| 3929564 | 11/20/03 | 11/17/03 | $1,200.00 | $1,200.00 | XTRZ 612056 | ELK GROVE | IL | OCALA | FL | 11658 |
| 3929565 | 11/20/03 | 11/17/03 | $1,375.00 | $1,375.00 | XTRZ 221630 | ELK GROVE | IL | JACKSONVI | FL | 11659 |
| 3929567 | 11/20/03 | 11/17/03 | $1,375.00 | $1,375.00 | VTRZ 221150 | ELK GROVE | IL | JACKSONVI | FL | 11660 |
| 3929571 | 11/20/03 | 11/17/03 | $1,375.00 | $1,375.00 | CSXU 683735 | WOOD DALE | IL | FAIRLESS | PA | 11661 |
| 3929573 | 11/20/03 | 11/17/03 | $1,200.00 | $1,200.00 | CSXU 984551 | WOOD DALE | IL | OCALA | FL | 1166 |
| 3929574 | 11/20/03 | 11/17/03 | $1,200.00 | $1,200.00 | CSXU 983600 | WOOD DALE | IL | OCALA | FL | 11664 |

2/23/04

Page 1

**APPENDIX A**

Compass Trans Gp BALDUE-2-23-04.xls

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3929575 | 11/20/03 | 11/18/03 | $1,375.00 | $1,375.00 | VIPZ 262625 | WOOD DALE IL | JACKSONVI FL | 11661 |
| 3929576 | 11/20/03 | 11/17/03 | $1,125.00 | $1,125.00 | VIPZ 262500 | NORTH CHI IL | YORK ROAD PA | 11655 |
| 3929949 | 11/20/03 | 10/22/03 | $1,200.00 | $1,200.00 | TIPZ 222770 | CHICAGO IL | OCALA FL | 11571 |
| 3940855 | 11/20/03 | 11/3/03 | $1,150.00 | $1,150.00 | REAZ 612927 | WAUKESHA WI | JESSUP MD | 11607 |
| 3940868 | 11/20/03 | 11/8/03 | $1,460.00 | $1,460.00 | XTRZ 221229 | JANESVILL WI | WINTER HA FL | 11619 |
| 3940872 | 11/20/03 | 11/11/03 | $1,050.00 | $1,050.00 | REAZ 620786 | WEST CHIC IL | SOUTH RIV NJ | 11595 |
| 3940896 | 11/20/03 | 12/13/03 | $1,025.00 | $1,025.00 | SFTZ 220543 | CHICAGO IL | FAIRLESS GA FL-2 | |
| 3940897 | 11/20/03 | 11/13/03 | $1,025.00 | $1,025.00 | SFTZ 221743 | CHICAGO IL | FAIRLESS GA FL-1 | |
| 4028375 | 12/1/03 | 11/10/03 | $1,360.00 | $1,360.00 | CSXU 933279 | JANESVILL WI | MACCLENNY FL | 11625 |
| 4071295 | 12/1/03 | 11/3/03 | $1,450.00 | $1,450.00 | CSXU 930173 | WOOD DALE IL | MIAMI FL | 11606 |
| 4071339 | 12/1/03 | 11/16/03 | $1,360.00 | $1,360.00 | TIPZ 221428 | JANESVILL WI | MACCLENNY FL | 11627 |
| 4071352 | 12/1/03 | 11/17/03 | $1,400.00 | $1,400.00 | VTRZ 625810 | JANESVILL WI | WINTER HA FL | 11631 |
| 4071374 | 12/1/03 | 11/16/03 | $1,330.00 | $1,330.00 | XTRZ 225391 | JANESVILL WI | MACCLENNY FL | 11639 |
| 4071415 | 12/1/03 | 11/19/03 | $1,175.00 | $1,175.00 | TIPZ 224412 | WOOD DALE IL | JACKSONVI FL | 11657 |
| 4071460 | 12/1/03 | 11/20/03 | $1,200.00 | $1,200.00 | STXU 939336 | WHEELING IL | OCALA FL | 11680 |
| 4071461 | 12/1/03 | 11/20/03 | $1,200.00 | $1,200.00 | VIPZ 262619 | ELK GROVE IL | OCALA FL | 11681 |
| 4071462 | 12/1/03 | 11/19/03 | $1,200.00 | $1,200.00 | CSXU 933282 | WOOD DALE IL | OCALA FL | 11682 |
| 4071463 | 12/1/03 | 11/20/03 | $1,200.00 | $1,200.00 | CSXU 937816 | WOOD DALE IL | OCALA FL | 11683 |
| 4071485 | 12/1/03 | 11/21/03 | $1,570.00 | $1,570.00 | VIPZ 262115 | WOODSTOCK IL | ELIZABETH NJ FL-2 | |
| 4140031 | 12/4/03 | 11/13/03 | $1,025.00 | $1,025.00 | SFTZ 222769 | CHICAGO IL | FAIRLESS PA | 11664 |
| 4219038 | 12/13/03 | 11/19/03 | $1,175.00 | $1,175.00 | REAZ 612398 | WHEELING IL | JACKSONVI FL | 11659 |
| 4219043 | 12/13/03 | 11/18/03 | $1,345.00 | $1,345.00 | TIPZ 226100 | WEST CHIC IL | WINTER HA FL | 11667 |
| 4219476 | 12/13/03 | 12/5/03 | $150.00 | $150.00 | REAZ 612390 | JACKSONVI FL | JACKSONVI FL | 11659 |
| 4229867 | 12/11/03 | 11/11/03 | $1,350.00 | $1,350.00 | XTRZ 614453 | JANESVILL WI | WINTER HA FL | 11633 |
| 4229868 | 12/11/03 | 11/10/03 | $1,400.00 | $1,400.00 | XTRZ 231706 | BERKELEY IL | MANHATTAN NY | 11634 |
| 4229870 | 12/11/03 | 11/12/03 | $1,110.00 | $1,110.00 | TIPZ 620207 | BOLINGBRO IL | WEST CHES PA | 11645 |
| 4229881 | 12/11/03 | 11/20/03 | $1,875.00 | $1,875.00 | CSXU 934042 | WOOD DALE IL | CHEHALIS WA | 11648 |
| 4229882 | 12/11/03 | 11/20/03 | $1,875.00 | $1,875.00 | CSXU 934437 | WOOD DALE IL | CHEHALIS WA | 11651 |
| 4229883 | 12/11/03 | 11/19/03 | $2,165.00 | $2,165.00 | CSXU 933114 | WHEELING IL | CHEHALIS WA | 11649 |
| 4229892 | 12/11/03 | 11/21/03 | $1,075.00 | $1,075.00 | VIPZ 262014 | VALPARAIS IN | BAYONNE NJ | 11686 |
| 4229893 | 12/11/03 | 11/20/03 | $1,075.00 | $1,075.00 | CSXU 937958 | VALPARAIS IN | BAYONNE NJ | 11685 |
| 4229913 | 12/4/03 | 12/1/03 | $1,225.00 | $1,225.00 | VTRZ 222206 | PLYMOUTH IN | HIGH SPRI FL | 11699 |
| 4315052 | 12/18/03 | 11/14/03 | $1,255.00 | $1,255.00 | TIPZ 225819 | VALPARAIS IN | BAYONNE NJ | 11647 |

Compass Trans Gp BALDUE 2-23-04.xls

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4326400 | 12/10/03 | 11/9/03 | $1,360.00 | SETZ 223164 | JANESVILL, WI | ORMOND BE FL | 11596 |
| 4326402 | 12/10/03 | 11/10/03 | $1,503.00 | SETZ 220315 | JANESVILL, WI | WINTER HA, FL | 11629 |
| 4326404 | 12/18/03 | 11/19/03 | $1,875.00 | CSXU 937936 | WOOD DALE, IL | CHELMLIS, MA | 11650 |
| 4417074 | 12/26/03 | 12/16/03 | $2,050.00 | CSXU 932951 | ELK GROVE, IL | BURLINGTO, NJ | 11743 |
| 4470010 | 1/2/04 | 11/20/03 | $1,200.00 | CSXU 935377 | WOOD DALE, IL | OCALA, FL | 11694 |
| 4750179 | 1/22/04 | 12/16/03 | $1,574.00 | CSXU 683151 | MILFORD, IL | BOSTON, MA | 11754 |
| 4843240 | 2/5/04 | 1/11/04 | $1,315.00 | CSXU 682438 | WOOD DALE, IL | | 11753 |

**Balance Overdue:** $88,939.81

2/23/04

Page 3

JUDGE KENNELLY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**04C 2569**

## Civil Cover Sheet

MAGISTRATE JUDGE NOLAN

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** CSX TRANSPORTATION, INC.

**Defendant(s):** COMPASS TRANSPORTATION GROUP, INC.

County of Residence: Duval, Florida

County of Residence: Cook, Illinois

Plaintiff's Atty: Bruce C. Spitzer
Metge, Spitzer & Kreid
33 N. LaSalle Street, Suite 1133
(312) 580-1710

Defendant's Atty:

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:- 5 Non IL corp and Principal place of Business outside IL
Defendant:- 4 IL corp or Principal place of Bus. in IL

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 450 Commerce/ICC Rates/etc.

**VI. Cause of Action:** 49 U.S.C. 10101. Action to collect freight charges by a railroad operating in interstate commerce. Diversity is also present.

**VII. Requested in Complaint**
Class Action: No
Dollar Demand: $88,939.81
Jury Demand: No

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date: 4/9/04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.** Revised: 06/28/00

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JUDGE KENNELLY

MAGISTRATE JUDGE NOLAN

In the Matter of

CSX TRANSPORTATION, INC.

v.

COMPASS TRANSPORTATION GROUP, INC.

Case Number: 04C 2569

*DOCKETED APR 12 2004*

*FILED 04 APR -9 PM 1:0_ CLERK U.S. DISTRICT COURT*

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

CSX TRANSPORTATION, INC., Plaintiff

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] |
| NAME: Bruce C. Spitzer | NAME: Christopher A. Kreid |
| FIRM: Metge, Spitzer & Kreid | FIRM: Same as (A) |
| STREET ADDRESS: 33 N. LaSalle Street, Suite 1133 | STREET ADDRESS: Same as (A) |
| CITY/STATE/ZIP: Chicago, IL 60602 | CITY/STATE/ZIP: Same as (A) |
| TELEPHONE NUMBER: (312) 580-1710 | FAX NUMBER: (312) 580-1711 | TELEPHONE NUMBER: Same as (A) | FAX NUMBER: (Same as (A)) |
| E-MAIL ADDRESS: bcspitzer@msklaw.com | E-MAIL ADDRESS: ckreid@msklaw.com |
| IDENTIFICATION NUMBER: 02691604 | IDENTIFICATION NUMBER: 06194430 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☑ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | FAX NUMBER: | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |